UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**In re:** Chapter 13

Rolonda Monique Osborne  Case No. 19-49526

Debtor(s). / Judge: Phillip Shefferly

ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor(s), for the allowance of compensation and reimbursement of Expenses are allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3,500.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] Debtor shall remit 100% of profit sharing funds and/or bonuses to which Debtor receives during the pendency of the Case.
[X] Debtor shall increase payments to $196.15 weekly effective January 21, 2020.

APPROVED AS TO FORM NOT CONTENT:

/s/ Lisa K. Mullen attorney for
DAVID WM. RUSKIN (P26803)  CREDITOR
CHAPTER 13 TRUSTEE
26555 Evergreen Rd.
1100 Travelers Towers
Southfield, MI 48076-4251
248-352-7755

/s/ Ryan B. Moran
Ryan B. Moran (P70753)
Attorney for Debtor
Moran Law
25600 Woodward Ave.; Ste. 201
Royal Oak, MI 48067

**Signed on January 25, 2020**

/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**